

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**CHRISTOPHER G. ARKO**
*Senior Counsel*
Phone: (212) 356-5044
Fax: (212) 356-1148
carko@law.nyc.gov

April 1, 2020

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Jonathan Mercedes v. City of New York et al., 17 Civ. 7368 (AKH)

Your Honor:

    I am a Senior Counsel in the New York City Law Department, attorney for defendants Police Officer Richard Evans, Police Officer Anthony Amirally, Police Officer Kevin Treacy, and Police Officer Christopher Boland. Trial is currently scheduled to commence in this matter on November 2, 2020. I write to respectfully inform the Court that one of the individual defendants is unavailable that week due to a previously scheduled vacation. After conferring with plaintiff and the individual defendants, I respectfully request that trial be adjourned to January 19, 2021 (Monday, January 18, 2021 is a holiday) or January 25, 2021.

    I thank the Court for its time and attention to this request.

Respectfully submitted,

/s/ Christopher G. Arko

Christopher G. Arko
Senior Counsel

cc:    Jeffrey Rothman, Esq. (via ECF)
       *Attorney for plaintiff*

*[Handwritten: Trial is adjourned until January 25, 2021. /s/ Alvin K. Hellerstein 4-2-2020]*