UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                     :

JONATHAN MERCEDES,

                          Plaintiff,              **ORDER REGULATING PROCEEDINGS**

      -against-

                                           17 Civ. 7368 (AKH)

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 7, 2021, I held a status conference in the above-captioned matter. As discussed at conference, the trial, currently scheduled to begin on June 21, 2021, is hereby adjourned. The Final Pretrial Conference is adjourned until November 23, 2021 at 11 a.m. The Court will endeavor to try this case, subject to other trial commitments, on December 6, 2021, at 10 a.m.

        SO ORDERED.

Dated:     May 7, 2021                       /s/ Alvin K. Hellerstein
           New York, New York             ALVIN K. HELLERSTEIN
                                                    United States District Judge