The motion to adjourn trial one week, to begin July 25, is granted.  The date of the Final Pre Trial Conference, July 7, 2022, 2:30 pm remains in effect.

SO ORDERED.

/s/ Alvin K. Hellerstein
November 16, 2021



**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER G. ARKO**
*Senior Counsel*
Phone: (212) 356-5044
Fax: (212) 356-1148
carko@law.nyc.gov

November 15, 2021

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Jonathan Mercedes v. City of New York et al.</u>, 17 Civ. 7368 (AKH)

Your Honor:

    I am a Senior Counsel in the New York City Law Department, attorney for defendants Police Officer Richard Evans, Police Officer Anthony Amirally, Police Officer Kevin Treacy, and Police Officer Christopher Boland.  Trial is currently scheduled to commence in this matter on July 18, 2022.  I write to respectfully inform the Court that one of the individual defendants, Richard Evans, is unavailable that week due to a previously scheduled vacation to Jamaica.  <u>See</u> Exhibit A, Client Invoice Copy.  This vacation was booked on April 7, 2021 and a deposit has been paid.  After conferring with plaintiff and the individual defendants, I respectfully request that trial be adjourned to the week of July 25, 2022.

    I thank the Court for its time and attention to this request.

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

cc:    Jeffrey Rothman, Esq. (via ECF)
        *Attorney for plaintiff*

## CLIENT INVOICE COPY

**Booking Information**  **Booking Number:** ████

|  |  |
|---|---|
| Invoice Date: | 04/07/2021 |
| Booked Date: | 04/07/2021 |
| Adults: | 2 |

**Vacation Information**

| | |
|---|---|
| Resort: | Sandals Ochi Beach Resort |
| Accommodation: | ████ |
| Nights: | 5 |
| Arrival Date: | 07/18/2022 |
| Departure Date: | 07/23/2022 |
| Guest Names: | ████ Richard Evans; |
| Included Promotions: | ████ |

**Final Price**

Package Price:
Travel Protection (Included):
Promotion Discount:

Total Charges:
Amount Paid: $98.00

**Remaining Deposit**
Remaining Deposit will be auto charged on 04/28/2021

**$302.00**

**Balance due**
Full payment due by: 06/03/2022

Thank You For Your Business