

SO ORDERED.

/s/ Alvin K. Hellerstein
July 6, 2022

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**CHRISTOPHER G. ARKO**
*Senior Counsel*
Phone: (212) 356-5044
Fax: (212) 356-1148
carko@law.nyc.gov

July 5, 2022

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Jonathan Mercedes v. City of New York et al.</u>, 17 Civ. 7368 (AKH)

Your Honor:

     I am a Senior Counsel in the New York City Law Department, attorney for defendants Police Officer Richard Evans, Police Officer Anthony Amirally, Police Officer Kevin Treacy, and Police Officer Christopher Boland. I write with plaintiff's consent to respectfully request an extension of time from July 6, 2022 until July 20, 2022 to file the stipulation and order of dismissal in this matter. This is defendants' first request for an extension to file the stipulation and order of dismissal. The reason for this request is that the parties are still working out the specific language of the settlement documents, which will permit plaintiff to preserve his right to appeal certain aspects of the summary judgment decision.

     I thank the Court for its time and attention to this request.

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

cc: Jeffrey Rothman, Esq. (via ECF)
    *Attorney for plaintiff*