UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JONATHAN MERCEDES,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER RICHARD EVANS, Shield No. 25177; POLICE OFFICER ANTHONY AMIRALLY; POLICE OFFICER KEVIN TREACY; POLICE OFFICER CHRISTOPHER BOLAND; EMERGENCY MEDICAL TECHNICIAN ("EMT") JUAN C. SANTIAGO PAULINO; EMT TIMOTHY CARABALLOSO; JOHN DOES; and RICHARD ROES,

                                                Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 7368 (AKH)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings, except as set forth below, and without admitting any fault or liability;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice; except that plaintiff reserves his right to, and may, appeal the Court's Order on summary judgment, dated October 4, 2019, solely to the extent it granted defendants' summary judgment motion and denied plaintiff's summary judgment motion as to the following claims: (1) federal claims for unlawful seizure of his person; (2) federal claims for excessive force (unrelated to the tight handcuffing); (3) federal claims for failure to intervene; (4) New York State law claims for false arrest and false imprisonment; (5) New York State law claims for assault and battery (unrelated to the tight handcuffing), and (6) New York State law *respondeat superior* liability as to the City of New York for false arrest and imprisonment and assault and battery (unrelated to the tight handcuffing).

Dated: New York, New York
July 19, 2022

JEFFREY ROTHMAN
*Attorney for Plaintiff*
305 Broadway, Suite 100
New York, NY 10007

By: /s/ 7/8/22
Jeffrey Rothman
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Evans, Amirally, Treacy, Boland, Santiago Paulino, and Caraballoso*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/
Christopher G. Arko
*Senior Counsel*

SO ORDERED:

/s/ Alvin K. Hellerstein

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2022

2