Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
rothman.jeffrey@gmail.com

March 11, 2024

By ECF To:
The Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>Mercedes v. City of New York, et al.</u>, 17 Civ. 7368 (AKH)

Dear Judge Hellerstein:

  I am counsel for Plaintiff in the above-captioned action. I write – jointly with opposing counsel, Steve Stavridis, Esq. – to respectfully request that the telephone conference presently scheduled for this Friday, March 15, 2024 at 10 a.m. be adjourned *sine die*, and that the Court issue an order of reference for a settlement conference before Magistrate Judge Parker.

  Defendants today made a settlement offer in response to Plaintiff's demand, and counsel for the parties have communicated and agree that a settlement conference before Magistrate Judge Parker may be useful. If it pleases the Court the parties will write the Court a status letter concerning trial scheduling if a settlement cannot be reached with Magistrate Judge Parker's assistance.

Respectfully submitted,

/S/

Jeffrey A. Rothman
Counsel for Plaintiff

/S/

Steve Stavridis
Counsel for Defendants

---

Granted. An order of reference to a magistrate judge will be filed on ECF.

SO ORDERED.

Dated: 3/11/24  /s/ Alvin K. Hellerstein
New York, New York  Alvin K. Hellerstein
         United States District Judge