UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JONATHAN MERCEDES,

                                            Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER RICHARD EVANS, Shield No. 25177; POLICE OFFICER ANTHONY AMIRALLY; POLICE OFFICER KEVIN TREACY; POLICE OFFICER CHRISTOPHER BOLAND; EMERGENCY MEDICAL TECHNICIAN ("EMT") JUAN C. SANTIAGO PAULINO; EMT TIMOTHY CARABALLOSO; JOHN DOES; and RICHARD ROES,

                                             Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 7368 (AKH)

**WHEREAS**, the parties have reached a settlement agreement as to the remaining underlying claims in this litigation and now desire to resolve these remaining issues raised in this litigation without further proceedings, except as set forth below, and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice, except with respect to plaintiff's claims for attorney's fees and costs.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
May 15, 2024

| | |
|---|---|
| JEFFREY ROTHMAN<br>*Attorney for Plaintiff*<br>305 Broadway, Suite 100<br>New York, NY 10007<br><br>By: _____ 5/15/24<br>Jeffrey Rothman<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,*<br>*Evans, Amirally, Treacy, Boland,*<br>*Santiago Paulino, and Caraballoso*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: *Steve Stavridis*<br>Steve Stavridis<br>*Senior Counsel* |

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2024

2