UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                 :
JONATHAN MERCEDES,            :
                 :      **ORDER**
           Plaintiff,   :
     v.                 :      17 Civ. 7368 (AKH)
                 :
CITY OF NEW YORK, et al.,        :
                 :
           Defendants.  :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The only remaining issue in the case is determining whether and how much legal fees and costs will be due to Plaintiff in connection with its settlement with the City. That issue is referred to Magistrate Judge Katharine Parker for report and recommendation.

       SO ORDERED.

Dated:     June 4, 2024                            /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                            United States District Judge