<div style="text-align:center">

**Jeffrey A. Rothman**
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
rothman.jeffrey@gmail.com

</div>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2024

July 9, 2024

**By ECF To:**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>Jonathan Mercedes v. City of New York, et al.</u>, 17cv7368 (AKH) (KHP)

Dear Judge Parker:

    I write, jointly with opposing counsel, to inform Your Honor that the parties have reached a settlement in principle as to the amount of attorney's fees and costs that the City of New York will pay to me in conjunction with the underlying settlement of Plaintiff's substantive claims. The parties thus jointly respectfully request that the current briefing schedule for Plaintiff's attorney's fees and costs application (which has Plaintiff's motion papers due by this coming Monday, July 15, 2024; Defendants' opposition papers due by August 9, 2024; and Plaintiff's reply papers due by August 30, 2024) be adjourned *sine die*. The parties are currently in discussions and trying to resolve an issue concerning the settlement paperwork, but we hope to get through that quickly and to submit the settlement paperwork to Judge Hellerstein to be "so ordered" either later this week or sometime next week.

    The parties thank the Court for its consideration in this matter.

<div style="margin-left: 50%">

Respectfully submitted,

/S/

Jeffrey A. Rothman
Counsel for Plaintiff

/S/

Steve Stavridis
Counsel for Defendants

</div>

> The parties' request is GRANTED. The briefing schedule for Plaintiff's attorney's fees and costs application is hereby adjourned *sine die*.

SO ORDERED:

*Katharine H. Parker*   7/10/2024

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE