UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

JONATHAN MERCEDES,

Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER RICHARD
EVANS, Shield No. 25177; POLICE OFFICER ANTHONY
AMIRALLY; POLICE OFFICER KEVIN TREACY; POLICE
OFFICER CHRISTOPHER BOLAND; EMERGENCY
MEDICAL TECHNICIAN ("EMT") JUAN C. SANTIAGO
PAULINO; EMT TIMOTHY CARABALLOSO; JOHN
DOES; and RICHARD ROES,

Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17 Civ. 7368 (AKH)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings, and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

      **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
July 11, 2024

JEFFREY ROTHMAN
*Attorney for Plaintiff*
305 Broadway, Suite 100
New York, New York 10007

By: _____

Jeffrey Rothman
*Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,*
*Evans, Amirally, Treacy, Boland,*
*Santiago Paulino, and Caraballoso*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

Steve Stavridis
*Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024

2